Foster, P. J., Heffernan, Bergan and Coon, JJ., concur; Brewster, J., dissents.

■

ALEX WHITE, Appellant, v. LEVISON BROS. REALTY CORP., Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [See *ante*, p. 964.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of WILLIAM A. WHALEN, Appellant, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.—

**1114**

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [201 Misc. 39.]   [See 280 App. Div. 901.]

ALLIED CHEMICAL & DYE CORPORATION (THE BARRETT DIVISION), on Behalf of Itself and All Other Persons Entitled to a Share in the Fund Received or Property Received by THOMAS VENEZIA, Individually and Doing Business as VENEZIA CONSTRUCTION COMPANY, and/or LUCY M. VENEZIA, as Administratrix of the Estate of THOMAS VENEZIA, Deceased, from the State of New York, in Connection with the Construction of a Certain Public Improvement Pursuant to a Contract with the State of New York, Respondent, v. LUCY M. VENEZIA, as Administratrix of the Estate of THOMAS VENEZIA, Deceased, Appellant, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.